USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/25/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESHAWN YOUNG, *Individually, and On Behalf of Herself and All Others Persons Similarly Situated*,

Plaintiff,

v.

CAREWELL FAMILY, INC.,

Defendant.

1:25-cv- 626

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Leshawn Young ("Plaintiff") and Carewell Family, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: __April 24__, 2025

GOTTLIEB & ASSOCIATES PLLC

By: _____
Jeffrey M. Gottlieb, Esq.
150 E. 18th St, Suite PHR
New York, NY 10003
Tel: (212) 228-9795
Email: nyjg@aol.com

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Michael F. Fleming
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6207
Email: michael.fleming@morganlewis.com

*Attorneys for Defendant*

**SO ORDERED:**

Dated: _____April 25_____, 2025

_____
ANALISA TORRES
United States District Judge